# Third District Court of Appeal

### State of Florida

Opinion filed May 20, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2344
Lower Tribunal No. 24-20029-FC-04
_____

**Tania T. Aguilar,**
Appellant,

vs.

**Giraldo A. Perez De Utrera,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Donald Cannava, Judge.

Tania T. Aguilar, in proper person.

Giraldo A. Perez De Utrera, in proper person.

Before LINDSEY, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Franco v. Thomas, 251 So. 3d 325, 327 (Fla. 3d DCA 2018) ("Neither rule 1.540, nor its family law equivalent (rule 12.540), is an appropriate vehicle to challenge a judgment based upon alleged legal error." (citing Curbelo v. Ullman, 571 So. 2d 443, 445 (Fla. 1990), and Theodorides v. Theodorides, 201 So. 3d 141, 143–44 (Fla. 3d DCA 2015))); Curbelo, 571 So. 2d at 445 ("[W]here a court . . . has jurisdiction of the subject matter and the adverse parties are given an opportunity to be heard, then errors, irregularities or wrongdoing in proceedings, short of illegal deprivation of opportunity to be heard, will not render the judgment void."); see also Thompson v. State, 759 So. 2d 650, 659 (Fla. 2000) (explaining that the fact that a judge has ruled against a party is not a legally sufficient basis for disqualification).